UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re:  Thomas & Renee Kulpa                    Case No. 08-16401

       Debtor                                     Hon. Bruce Black

### TRUSTEE'S REPLY TO CITIMORTGAGE INC'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE UNDER RULE 3002.1 (f)

     Glenn Stearns, Chapter 13 Standing Trustee, stopped paying the arrears to CitiMortgage Inc. due to money returned with a paid in full notice received from CitiMortgage Inc. in May 2009.  On May 13, 2009, our office filed the Notice of Payment of Final Mortgage Cure Amount under paragraph B(2)(b) of the plan.  Per the confirmed plan, CitiMortgage Inc. was required to file a response within 60 days of the trustee's cure notice if the mortgage company disputed the cure of the pre-petition arrears.  CitiMortgage Inc. did not file a response to our May 13, 2009 cure notice to dispute the trustee's cure of the pre-petition obligation of the claim at that time.

Date:  9/13/13                                                    /S/  Pamela L. Peterson

                                                   For:  Glenn Stearns, Chapter 13 Standing Trustee